**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SALLY MACFADDEN,

    Plaintiff,

v.                                                                               Case No: 8:22-cv-2879-CEH-UAM

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.

---

**ORDER**

This matter comes before the Court on the Mediation Report (Doc. 23), which states that the parties have fully resolved the claims in this action. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are denied as moot and the Clerk is directed to terminate all deadlines and administratively close the file.

**DONE** and **ORDERED** in Tampa, Florida on September 8, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to: Counsel of Record; Unrepresented Parties